IN THE UNITED STATES DISTRICT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **BEVERLY JO JONES,** | : | |
| Petitioner, | : | |
| vs. | : | **CIVIL ACTION 05-0461-CG-C** |
| **J. JERRY PILGRIM,** | : | |
| Respondent. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made pursuant to 28 U.S.C. § 636(b)(3) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this habeas action be and is hereby **DISMISSED** pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

**DONE and ORDERED**  this 4th day of October, 2005.

/s/ Callie V. S. Granade
**CHIEF UNITED STATES DISTRICT JUDGE**